UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| MSP REAL ESTATE INC., et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-cv-281 |
| v. | ) | |
| | ) | |
| CITY OF NEW BERLIN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-cv-608 |
| v. | ) | |
| | ) | |
| CITY OF NEW BERLIN, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION OF THE UNITED STATES AND THE CITY OF NEW BERLIN FOR ENTRY OF CONSENT DECREE

The United States and the City of New Berlin hereby move this Court for entry of the Consent Decree submitted herewith resolving the claims of the United States against the City in this action. The parties agree that the remedial provisions of the proposed Decree are consistent with the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.*, and are a fair, reasonable, and adequate resolution of the United States' claims against the City.

Dated: April 11, 2012.

**For the United States:**

   /s/ Stacy Gerber Ward
STACY C. GERBER WARD
LENNIE A. LEHMAN
Assistant United States Attorneys
Eastern District of Wisconsin
517 East Wisconsin Avenue, Ste. 530
Milwaukee, WI 53202
Phone: (414) 297-1700
Fax: (414) 297-4394

   /s/ Sameena Shina Majeed
STEVEN H. ROSENBAUM
Chief
TIMOTHY J. MORAN
Deputy Chief
BURTIS M. DOUGHERTY
SAMEENA SHINA MAJEED
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W -- NWB
Washington, D.C. 20530
Phone: (202) 305-1311
Fax: (202) 514-1116

**For the City of New Berlin:**

   /s/ Kevin P. Reak
KEVIN P. REAK
Gunta & Reak, SC
9898 West Bluemound Road, Suite 2
Wauwatosa, WI 53226
Phone: (414) 291-7979
Fax: (414) 291-7960

   /s/ Mark G. Blum
MARK G. BLUM
City Attorney
Hippenmeyer, Reilly, Moodie & Blum, S.C.
720 Clinton Street
Waukesha, WI 53187-0776
Phone: (262) 549-8181
Fax: (262) 549-8191

   /s/ Robert Driscoll
ROBERT DRISCOLL
CHRISTOPHER BANASZAK
Reinhart Boerner Van Deuren, S.C.
1000 N. Water St., Ste. 1700
PO Box 2965
Milwaukee WI 53201-2965
Phone: (414) 298-1000