**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**MSP REAL ESTATE, INC.,**
**and DEER CREEK HOMES,**

      Plaintiffs,

    **-vs-**                                **Consolidated**
                                           **Case No. 11-C-281**

**CITY OF NEW BERLIN,**
**and JACK F. CHIOVATERO,**

      Defendants,

      and

**UNITED STATES OF AMERICA**,

      Consolidated Plaintiff.

---

**UNITED STATES OF AMERICA,**

      Plaintiff,

    **-vs-**                                **Case No. 11-C-608**

**CITY OF NEW BERLIN,**

      Defendant.

# ORDER

The consent decree entered on April 20, 2012, in this consolidated action provides that the Court retains jurisdiction over this matter during the four years following its entry and that after the duration of the consent decree, the case "shall be dismissed with prejudice." (ECF No. 70, § X, ¶¶ 32-33.) The four-year term has expired; in accordance with the terms of the consent decree this action is dismissed with prejudice.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

This action is **DISMISSED WITH PREJUDICE;**

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 21st day of April, 2016.

                                              **BY THE COURT:**

                                              _/s/ Rudolph T. Randa_
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**